E-Filed: **5/22/09**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENNIS W. TYNDALL,         )   Case No. CV 09-03405 GHK (AN)

       Petitioner,      )   JUDGMENT

     v.             )

LINDA SANDERS, WARDEN,    )

      Respondent.    )

                     )

    IT IS HEREBY ADJUDGED AND DECREED THAT the pending petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated:  May 22, 2009                           

                           GEORGE H. KING

               UNITED STATES DISTRICT JUDGE